**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

GREAT KARMA, LLC                                          Case No: 8:14-bk-12132-MGW
                                                                          Chapter 7
_____ Debtor(s)

**REPORT AND NOTICE OF UNCLEARED FUNDS**

    **COMES NOW** Larry S. Hyman, Trustee who hereby tenders the below referenced checks to the Clerk of the U.S. Bankruptcy Court:

| Claim # | Check # | Claimant & Address | Amount |
|---|---|---|---|
| 7 | 108 | Ishita Ganguly<br>c/o Daniel J. Herman, Esq<br>Pecarek & Herman, Chtd<br>200 Clearwater-Largo Road S.<br>Largo, FL 33770 | $15,750.64 |

    On August 13, 2015, the Trustee disbursed all estate funds and made final dividend distributions to creditors and parties in interest. All checks have cleared the Trustee's estate bank account with the exception of the checks disbursed to the above claimants. More than ninety (90) days have elapsed since the distribution of the final dividend check to the above claimants. Pursuant to the provisions of 11 U.S.C. §347(a), the Trustee attaches the above referenced checks and states that the claimants entitled thereto are listed above with their last known address and the amount of their final dividend distribution.

    **I HEREBY CERTIFY** that a true and correct copy of this pleading has been filed via the Court's CM/ECF System on <u>March 10, 2016</u>, with copies served through the system on all CM/ECF participants.

    <u>/S/ Larry S. Hyman</u>
    Larry S. Hyman, Trustee
    P.O. Box 18625
    Tampa, FL 33679
    larry@larryhymancpa.com