Filed Via Mail
AUG 04 2022
CLERK US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
11 Pages Scanned by CT

**Forms are generic suggestions. Parties or their attorneys should revise them to address the unique circumstances of each case.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa   DIVISION
www.flmb.uscourts.gov

In re  GREAT KARMA, LLC                    )
                                           )
,                                          )   Case No. 8:14 bk-12132 MGW
                                           )   Chapter
    Debtor.*                               )
                                           )
_____            )

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following (insert reasons you have a right to claim said funds in the lines provided below):

Claim Purchased, Transfer of Claim filed with Court, below listed Claimant identified as Creditor for Claim in Court Register.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any supporting documents required for this application is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an order authorizing payment of the dividend due upon this claim.

| Field | Value |
|---|---|
| Name of Claimant: | Johnson Investigations |
| Mailing Address: | 57 South Main St. Suite 359 |
| City: | Neptune |
| State: | NJ |
| Zip Code: | 07753-5032 |
| Telephone Number: Home: | |
| Work: | (732) 895-6065 |
| Last Four Digits of SS# or Tax ID Number: | EIN # 87-2139270 |
| Amount of Claim: | $15,750.64 |

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 09/28/17                                      Revised 12/1/2020

**Forms are generic suggestions. Parties and their attorneys should revise them to address the unique circumstances of each case.**

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____          8-1-2022
CLAIMANT'S SIGNATURE                                       DATE


**[If filed by an individual, must include notary information below]**

STATE OF ~~FLORIDA~~ New Jersey
COUNTY OF Monmouth

The foregoing instrument was acknowledged before me this 1st day of August, 2022, by (name of person acknowledging).

(NOTARY SEAL)     Signature of Notary Public _____

Name of Notary, typed, printed or stamped  Kaileigh Colmorgan

Personally known _____ OR Produced Identification ✕
Type of Identification Produced   NJDL

2

## CERTIFICATE OF AUTHORITY

### (Sole Proprietorship)

I, Kenneth Johnson, doing business under the name of Johnson Investigations (Hereinafter the Business), certify that as a Sole Owner of the Business that I am authorized to execute all legal documents as approved by myself as being in the best interest of the Business; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in my opinion, in the best interest of the business.

Dated this __1st__ day of __AUGUST__, 20__22__.

Signature: _____

Print Name: __KENNETH JOHNSON__

State of __New Jersey__ )
: ss.
County of __Monmouth__ )

On __August 1st 2022__ before me, personally appeared __Kenneth Johnson__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

My commission expires on __10/1/2026__

[Notary Seal: KAILEIGH A COLMORGAN, NOTARY PUBLIC, NEW JERSEY, No. 50173757, My Comm. Exp. 10-01-2026]

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: Great Karma, LLC | * | Case No. 8:14bk-12132 MGW |
| Debtor | * | Chapter 7 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2022, a copy of the foregoing Application for Payment of Unclaimed Funds was served by first class mail to:

United States Attorney

Attention: Civil Procedures Clerk

400 N. Tampa St., Suite 3200

Tampa, FL 33602

_(signature)_

Kenneth Johnson, Owner

Johnson Investigations

57 S. Main St. Suite 359

Neptune, NJ 07753-5032

(732) 895-6065

Johnsoninvestigations3@gmail.com

FILED VIA MAIL

JUN 27 2022

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re  Great Karma, LLC                    ,          Case No.  8:14-bk-12132

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Johnson Investigations | Ishita Ganguly |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
57 South Main St. Suite 359
Neptune, NJ 07753-5032

Court Claim # (if known): ___7___
Amount of Claim: ___$15,750.64___
Date Claim Filed: ___03/10/2016___

Phone: (732) 895-6065
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

# 163115

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Kenneth Johnson_                Date: 6/27/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# KENNETH JOHNSON
## Johnson Investigations

Ishita Ganguly

151 Nicolosi Dr. Apt.1

Staten Island, NY 10321

June 9, 2022

    My name is Kenneth Johnson and I'm the owner of Johnson Investigations, located in the State of Arizona and the State of New Jersey, specializing in Corporate Security and Asset Recovery. In regards to Asset Recovery, Johnson Investigations reaches out to hundreds of businesses and individuals each year, disclosing the details of accounts that identify them as the owners of unclaimed assets. These assets are derived from such organizations as banks, trust companies, courts, insurance companies, brokers / dealers, corporations and municipal corporations, legal settlements, old probate items, or even routine payments lost during a change of address.

    We offer immediate cash payments for the rights to your unclaimed assets. Once our purchase offer is accepted and you have been paid, we handle the rest - bearing all the time, cost and risk associated with recovery. We also buy directly from individuals and businesses, including large and small banks and specialty lenders.

    Our records reflect that you are a Creditor and Owner of unclaimed assets valued at $15,750.64 currently being held in the U.S. Bankruptcy Court, Middle District of Florida. I'm offering to purchase the asset from you for $8,000.00. There are absolutely no expenses incurred upon you.

    Lastly, I can understand your possible skepticism, that's why I have attached to this letter my business card, Claim Purchase Agreement, and a check for $8,000.00 for the purchase. If you are in agreement, kindly sign the Claim Purchase Agreement and return same in the postage paid envelope that accompanies this Agreement. If you wish to decline this offer, you must reject this agreement and return the check within five (5) days from date of delivery in the self-addressed, postage paid envelope accompanying this letter. If you have not rejected the Agreement or returned the check, you will be deemed to have automatically accepted this Agreement and Johnson Investigations will proceed with the transfer of claim for the unclaimed asset.

    This Agreement shall be governed by, construed and enforced in accordance with the laws of the State of New Jersey. The parties agree that New Jersey will be the venue of any dispute and will have jurisdiction over all parties.

Sincerely

Kenneth Johnson

Owner - Johnson Investigations

## Claim Purchase Agreement

This Claim Purchase Agreement (the "Agreement") is entered into as of June 9, 2022 (the "Effective Date") by and between Johnson Investigations with a principal place of business at 57 South Main St. Suite 359 Neptune, NJ 07753, (the "Transferee") and Ishita Ganguly 151 Nicolosi Drive Apt. 1 Staten Island New York 10321 (the Transferor).

1. Transferor is a creditor in the case (8:14-BK-12132-MGW)) as filed in the Middle District of Florida (the "Case"). As a creditor in the Case, Transferor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the amount of $15,750.64 (the "Funds"). Remittance to Transferor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Transferor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does sell, assign, and convey to the Transferee, for good and valuable consideration, all of Transferors rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Transferee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Transferors by the Clerk of the Court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Transferee to Transferor shall be the sum **$8,000.00** which sum shall be remitted to Transferor. A check will be issued to the Transferor for the above stated amount prior to the claim/application/motion is submitted to court.

5. This assignment shall be deemed an absolute and unconditional sale of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Transferor represents and warrants to Transferee that no payment or other distribution has been received by or on behalf of Transferor in full or partial satisfaction of the assigned rights; that Transferor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Transferor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Transferors obligation(s) under this Agreement, Johnson Investigations as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

9. This Agreement shall be governed by, construed and enforced in accordance with the laws of the State of New Jersey. The parties agree that New Jersey will be the venue of any dispute and will have jurisdiction over all parties.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Transferor: _/s/ Ishit Ganguly_____
Ishita Ganguly

Transferee: _/s/ Kenneth Johnson_____
Kenneth Johnson – Owner – Johnson Investigations

| | | |
|---|---|---|
| Creditor: (25012303)<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 4<br>Original Filed Date: 12/08/2014<br>Original Entered Date: 12/08/2014<br>Last Amendment Filed: 12/17/2014<br>Last Amendment Entered: 12/17/2014 | Status:<br>Filed by: CR<br>Entered by: Internal Revenue Service<br>Modified: |

Amount claimed: $0.00
Secured claimed: $0.00
Priority claimed: $0.00

History:

| Details | 4-1 | 12/08/2014 | Claim #4 filed by Internal Revenue Service, Amount claimed: $2000.00 (Internal Revenue Service) |
| Details | 4-2 | 12/17/2014 | Amended Claim #4 filed by Internal Revenue Service, Amount claimed: $0.00 (Internal Revenue Service) |

Description:
Remarks:

| | | |
|---|---|---|
| Creditor: (25067534)<br>MTAG<br>As Custodian for Alterna Funding, LLC<br>PO Box 54817<br>New Orleans, LA 70154 | Claim No: 5<br>Original Filed Date: 01/09/2015<br>Original Entered Date: 01/09/2015 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |

Amount claimed: $12437.59
Secured claimed: $12437.59

History:

| Details | 5-1 | 01/09/2015 | Claim #5 filed by MTAG, Amount claimed: $12437.59 (Auto-Claim Filer) |

Description:
Remarks: (5-1) Account Number (last 4 digits):4714

| | | |
|---|---|---|
| Creditor: (25243097)<br>American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim No: 6<br>Original Filed Date: 01/29/2015<br>Original Entered Date: 01/29/2015 | Status:<br>Filed by: CR<br>Entered by: American InfoSource, LP (AM)<br>Modified: |

Amount claimed: $3143.16

History:

| Details | 6-1 | 01/29/2015 | Claim #6 filed by American InfoSource LP as agent for, Amount claimed: $3143.16 (American InfoSource, LP (AM)) |

Description:
Remarks:

| | | |
|---|---|---|
| Creditor: (30027457)<br>Johnson Investigations | Claim No: 7<br>Original Filed | Status: Transfer of Claim 53<br>Filed by: CR |

==57 South Main St., Suite 359==
==Neptune, NJ 07753-5032==        ==Claimant==        Date: 02/25/2015                    Entered by: Daniel J. Herman
History                                              Original Entered                   Modified:
                                                     Date: 02/25/2015

Amount claimed: $769219.00

History:

Details        7-1    02/25/2015    Claim #7 filed by Ishita Ganguly, Amount claimed: $769219.00 (Herman, Daniel)
               53     06/27/2022    Notice of Transfer/Assignment of Claim. Filed by Creditor Johnson Investigations.
                                    (Christiane) Status: Transfer of Claim

Description: (7-1) Money lent in the form of transfer of real property to Debtor
Remarks:

Creditor:       (25305049)              Claim No: 8                    Status:
James Morrison                          Original Filed                 Filed by: CR
c/o Daniel J. Herman, Esq.              Date: 02/26/2015                Entered by: Daniel J. Herman
Pecarek & Herman, Chtd.                 Original Entered                Modified:
200 Clearwater-Largo Road S.            Date: 02/26/2015
Largo, FL 33770

Amount claimed: $35470.14

History:

Details        8-1    02/26/2015    Claim #8 filed by James Morrison, Amount claimed: $35470.14 (Herman, Daniel)

Description: (8-1) Money lent
Remarks:

## Claims Register Summary

**Case Name:** Great Karma, LLC
**Case Number:** 8:14-bk-12132-MGW
**Chapter:** 7
**Date Filed:** 10/15/2014
**Total Number Of Claims:** 8

| Total Amount Claimed* | $1370002.87 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

|                | Claimed      | Allowed |
|----------------|--------------|---------|
| Secured        | $548977.46   |         |
| Priority       | $13193.11    |         |
| Administrative |              |         |

| PACER Service Center |
|---|
| Transaction Receipt |
| 07/25/2022 11:44:32 |
| PACER |

N.J. Department of Treasury – Division of Revenue, On-Line Inquiry

8/14/2021

# STATE OF NEW JERSEY
## BUSINESS REGISTRATION CERTIFICATE



**Taxpayer Name:** JOHNSON, KENNETH

**Trade Name:** JOHNSON INVESTIGATIONS

**Address:** 57 SOUTH MAIN STREET SUITE #359
NEPTUNE, NJ 07753-5032

**Certificate Number:** 2620518

**Effective Date:** August 13, 2021

**Date of Issuance:** August 14, 2021

**For Office Use Only:**
20210814105638758

### State of Arizona
# Private Investigation Business License

**Johnson Investigations**
57 South Main Street, Suite 359
Neptune, New Jersey 07753-5032

Pursuant to the provisions of Title 32, Chapter 24, A. R. S.,

**Kenneth Johnson** / Qualifying Party

is licensed to conduct a Private Investigation business in the State of Arizona in witness Whereof, The Director of the Arizona Department of Public Safety has caused this certificate to be issued.

Signature of Licensee
Director

License No. **1694977**

Expires **12/15/2023**

NON-TRANSFERABLE



GREAT SEAL OF THE STATE OF ARIZONA
DITAT DEUS
1912