[Dodauf] [District Order Disapproving Application for Unclaimed Funds]

ORDERED.

Dated: August 12, 2022

*Michael G. Williamson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No.
                                                                                                8:14–bk–12132–MGW
                                                                                                Chapter 7

Great Karma, LLC

_____Debtor*_____/

### ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

   THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (the "Application") filed by Johnson Investigations as assignee to Ishita Ganguly on August 4, 2022 (Doc No. 55 ). The Application does not meet the following requirements of 28 U.S.C. § 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

   1) Need copy of driver's license for Ishita Ganguly. 2) Need a notarized signature of Ishita Ganguly on the claim purchase agreement.

   Accordingly, it is

   **ORDERED:**

   That the Application for Payment of Unclaimed Funds filed by 15,750.64 is disapproved without prejudice to filing an amended application.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.